UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| vs. | : | CRIMINAL NO. 3:02CR238(JBA) |
| RONNIE J. RECTOR | : | September 20, 2005 |

<u>DEFENDANT'S UNOPPOSED MOTION TO MODIFY CONDITIONS OF PROBATION</u>

Comes now Ronnie J. Rector, through counsel, to move the Court pursuant to 18 U.S.C. § 3563(c) and Federal Rule of Criminal Procedure 32(c)(2)(B) to modify his conditions of probation by rescinding the special condition that he spend six months in home confinement with electronic monitoring with a breathalyzer. In support of this motion, the defendant represents the following.

When Ronnie Rector was sentenced on January 2, 2003, he was in state custody serving a sentence of five years suspended after three as a result of a conviction for driving under the influence of alcohol. He had a parole eligibility date of March 4, 2004, and a full-term release date of September 4, 2005. It was anticipated that he would receive little, if any, meaningful counseling from the State system to address his serious alcohol problem and the dangers that would emanate therefrom if the problem were not ameliorated. The presentence report contained the following evaluation: "It appears that Mr. Rector will continue to pose a risk of harm to himself and others until he makes the conscious decision to live an alcohol-free life. Therefore, strict controls during a term of supervision to protect the community are warranted. Long term substance abuse counseling should be utilized to help integrate the defendant into mainstream society [upon his release from state incarceration]." Mindful of the concern about Mr. Rector's need for treatment and anticipating that Mr. Rector would be released from state custody directly to the street, this Honorable Court sentenced him to a term of probation to follow his release from state prison and ordered that as a special condition of probation that he spend six months in home confinement with electronic monitoring with a breathalyzer. The circumstances of Mr. Rector's service of his state sentence turned out to be very different from what had been anticipated at the time of sentencing, which is what is prompting this motion.

- 2 -

On July 9, 2004, rather than being released to the street by the state Mr. Rector was placed in a long term alcohol treatment program at Morris House in Waterbury, Connecticut, where he received intensive alcohol counseling through September 2, 2005.  Attached hereto is a copy of the discharge summary as faxed to Mr. Rector's United States Probation Officer.  Mr. Rector is now in full recovery and is maintaining sobriety through regular attendance at Alcoholics Anonymous meetings.  Said Officer is satisfied with Mr. Rector's significant progress in recovery by virtue of his completion of the Morris House program and his present state of sobriety such that he prompted the undersigned counsel to make this motion.  Counsel for the Government states that the Government concurs and does not oppose the granting of this motion.

        Respectfully submitted,

        The Defendant,
        Ronnie J. Rector

        Thomas G. Dennis
        Federal Defender

Dated: September 20, 2005        /s/
        Gary D. Weinberger
        Asst. Federal Defender
        10 Columbus Blvd, FL 6
        Hartford, CT  06106-1976
        Bar No. ct05085
        (860) 493-6260
        Email: gary.weinberger@fd.org

## CERTIFICATION

I HEREBY CERTIFY that a copy of the foregoing Motion has been mailed to David A. Ring, Assistant United States Attorney, P.O. Box 1824, New Haven, CT 06508, and Michael Rafferty, United States Probation Officer, 450 Main Street, Hartford, CT 06103, on this 20 day of September 2005.

        /s/
        Gary Weinberger