

# Morris
*Foundation*

**Behavioral Health Services**

## FAX

Date: 9/14/05

Number of Pages, including cover sheet: 2

**TO:** Michael Rafferty

Phone: _____

Fax: (860) 240-2620

CC: _____

**FROM:**
Morris House
26 North Elm Street
Waterbury, CT 06704

Phone: (203) 574-3986

Fax: (203) 597-5459

Website: www.morris4change.org

**REMARKS:** ___ Urgent   ✓ For Your Review   ___ Reply ASAP   ___ Please Comment

This fax transmission may contain information that is proprietary, privileged and/or confidential and is intended exclusively for the person(s) to whom it is addressed. Any use, copying, retention or disclosure by any person other than the intended recipient of the intended recipient's designees is strictly prohibited. If you are not the intended recipient or their designee, please notify the sender immediately by phone or return fax and destroy all copies.

# DISCHARGE SUMMARY

Client: Ronnie Rector    Client #: 19745
Program: Morris House    Date of Admission: 7/9/04
Discharge Status: ☒ COMPLETE ☐ INCOMPLETE    Date of Discharge: 9/2/05

**Course of Treatment:**
Client completed relapse prevention on 8/9/05 + soon thereafter secured full-time employment. Client attended all required weekly groups + outside 12-step meetings. Client also attended weekly individual counseling sessions w/ counselor. Client met all D.O.C requirements + completed Tx.

**Progress Towards Treatment Plan Goals:**
Client met all Tx plan goals + successfully completed TX at this level of care.

**Reason for Discharge:**
Client met all Tx requirements set by D.O.C + Morris House. Client successfully completed Tx at this level of care.

**Discharge Medications and Dosages:**
n/a

**Diagnostic Impression at Discharge:**

AXIS I: 303.90
AXIS II: 799.9 deferred
AXIS III: 799.9 deferred
AXIS IV: legal system, housing
AXIS V: GAF (current): 50    Past Year (highest): 50    Past Year (lowest): 37

**Recommendations (including follow-up for unresolved issues):**
Client is recommended to continue to remain active in recovery community + also to continue to attend AA meetings.

**Discharge Plan:**
Client is d/c to sponsor's house + will follow up legal obligations with Office of Adult Probation.

**Referral Information:**
Agency: Office of Adult Probation    Date of Appt.: 9/6/05    Contact: _____

Staff Signature, Title/Credentials: [signature] Counselor/AS    Date: 9/2/05