**UNITED STATES DISTRICT COURT**

**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| **v.** | : CASE NO. 3:02cr238 (JBA) |
| **RONNIE J. RECTOR** | : |

ENDORSEMENT ORDER [#18]

    Defendant's unopposed motion to modify conditions of probation is GRANTED. On consent, conditions of probation are modified to eliminate term of home confinement in light of defendant's completion of Morris House Program. Substituted condition of probation is regular attendance at alcoholics Anonymous at current rate of participation.

                                IT IS SO ORDERED.

                             _____/S/_____
                             Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut: September 28, 2005