# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

U.S.A. vs. RONNIE RECTOR

Docket No. 3:02CR00238(JBA)

FILED

## Petition For Modification of Conditions or Term of Probation/Supervised Release with the Consent of the Offender

2006 APR -6  P 3: 55

**COMES NOW** Michael P. Rafferty, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Ronnie Rector who was sentenced to 5 years probation for a violation of 18 U.S.C. § 228(a)(3) by the Honorable Janet Bond Arterton, U.S. District Judge sitting in the court at New Haven, Connecticut on January 2, 2003. The period of probation commenced on September 2, 2005 and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows: 1) Home confinement for the first six months of probation with electronic monitoring with a Breathalyzer. Defendant shall be subject to random and scheduled Breathalyzer testing. 2) The defendant shall participate in a substance abuse treatment program as either inpatient or outpatient and shall pay some or all of the costs of substance abuse treatment as he is financially able as determined by the United States Probation Office (USPO). Defendant shall submit to random testing & monitoring as deemed necessary by USPO. 3) Defendant shall perform 500 hours of community service during his probation. 4) Defendant shall pay restitution in the amount of $81,855.60, to the Child Support Collection Unit of Waterbury, Connecticut Superior Court. Defendant shall abide by any child support payment schedule and any repayment of arrearage ordered by the State of Connecticut or any other court with jurisdiction over child support payments. No federal interest on restitution. Fine waived. 5) Defendant shall authorize release to USPO any and all financial information/records including state and federal income tax returns, by execution of a release for financial information. Defendant shall timely file all state and federal income tax returns and provide copies to USPO.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**

On March 7, 2006, during a routine employment visit, the defendant admitted to having consumed alcohol several days earlier during a family function. Additional contact with Mr. Rector's sister-in-law confirmed that not only had the defendant consumed alcohol on the night in question, but he has been drinking routinely for several months resulting from his removal from their home.

**PRAYING THAT THE COURT WILL ORDER** that this petition will serve:

☐ To extend the term of probation/supervised release for  years, for a total term of  years.
■ To modify the conditions of supervision as follows:

1) The defendant shall be placed on home confinement with the use of electronic monitoring for a period of 30 days. The defendant shall be subject to random and scheduled Breathalyzer tests, or other monitoring systems utilizing an alcohol detection device, as approved by the probation officer.

2) The defendant shall refrain from any and all use of alcohol.

Defense Attorney Gary Weinberger and AUSA Dave Ring were consulted and agreed with this modification.

**ORDER OF COURT**

Considered and ordered this 6th day of April 2006 and ordered filed and made a part of the records in the above case.

_____
The Honorable Janet Bond Arterton
United States District Judge

Respectfully Submitted,

_____
Michael P. Rafferty
United States Probation Officer

Place Hartford, Connecticut

Date 4/6/06