```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF CONNECTICUT
```

**UNITED STATES OF AMERICA**       :
                                    :
v.                                  :       No. 3:02CR238(JBA)
                                    :
**RONNIE RECTOR**                   :


**ORDER RE: MODIFICATION OF SPECIAL CONDITIONS OF PROBATION**

On January 2, 2003, the defendant, was sentenced to 5 years probation for a violation of 18 U.S.C. § 228(a)(3), Willful Failure to Pay Child Support Obligation, by this Court.

The period of probation commenced on September 2, 2005 and imposed the general terms and conditions and also imposed special conditions and terms as follows: 1) Home confinement for the first six months of probation with electronic monitoring with a Breathalyzer.  Defendant shall be subject to random and scheduled Breathalyzer testing.  2) The defendant shall participate in a substance abuse treatment program as either inpatient or outpatient and shall pay some or all of the costs of substance abuse treatment as he is financially able as determined by the United States Probation Office (USPO).  Defendant shall submit to random testing and monitoring as deemed necessary by USPO. 3) The defendant shall perform 500 hours of community service during his probation.  4) Defendant shall pay restitution in the amount of $81,855.60, to the Child Support Collection Unit of Waterbury, Connecticut Superior Court.  Defendant shall abide by any child support payment schedule

and any repayment of arrearage ordered by the State of Connecticut or any other court with jurisdiction over child support payments. No federal interest on restitution. Fine waived. 5) The defendant shall authorize release to USPO any and all financial information/records including state and federal income tax returns, by execution of a release for financial information. Defendant shall timely file all state and federal income tax returns and provide copies to USPO.

WHEREAS on May 26, 2006, United States Probation Officer Michael P. Rafferty informed the Court of violation behavior, in that Mr. Rector was arrested and had been consuming alcohol, any amount of which is deemed "excessive", given defendant's medical condition;

WHEREAS on June 12, 2006, the defendant was presented before the Court with representation by Assistant Federal Public Defender Gary Weinberger and given the opportunity to be heard;

NOW, THEREFORE, IT IS HEREBY ORDERED THAT the special conditions of the defendant's probation be modified as follows:

1) The defendant shall be placed on home confinement with alcohol monitoring for a period of 6 months. The defendant shall be subject to random and scheduled Breathalyzer tests, or other monitoring system utilizing an alcohol detection device, as approved by the U.S. Probation Officer. The defendant shall make all provisions for the appropriate installation of the alcohol monitoring equipment. The daily home confinement curfew shall be

determined as necessary to ensure defendant's compliance with the alcohol abstinence requirement.  No later than 3 months from the commencement of home confinement, an assessment of the defendant's progress will be submitted by the USPO with any recommendation.  The costs of home confinement with monitoring will be borne by USPO.

    2) The defendant is prohibited from driving under any circumstances, and is required to relocate his personal vehicle to an address approved by the Court, confirmed by the Probation Office.

    3) The defendant shall not seek restoration of his driver's license without prior approval from the Court.

                                   IT IS SO ORDERED.

                                   /s/_____
                                   Janet Bond Arterton, U.S.D.J.
23 June 2006