# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

U.S.A. vs. RONNIE RECTOR           Docket No. 3:02CR00238(JBA)

### PETITION ON PROBATION AND SUPERVISED RELEASE

2006 JUL 24 P 12: 48

**COMES NOW** Michael P. Rafferty, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Ronnie Rector who was sentenced to 5 years probation for a violation of 18 U.S.C. § 228(a)(3) by the Honorable Janet Bond Arterton, U.S. District Judge sitting in the court at New Haven, Connecticut on January 2, 2003. The period of probation commenced on September 2, 2005 and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows: 1) Home confinement for the first six months of probation with electronic monitoring with a breathalyzer. Defendant shall be subject to random and scheduled breathalyzer testing. 2) The defendant shall participate in a substance abuse treatment program as either inpatient or outpatient and shall pay some or all of the costs of substance abuse treatment as he is financially able as determined by the United States Probation Office (USPO). Defendant shall submit to random testing and monitoring as deemed necessary by USPO. 3) Defendant shall perform 500 hours of community service during his probation. 4) Defendant shall pay restitution in the amount of $81,855.60, to the Child Support Collection Unit of Waterbury, Connecticut Superior Court. Defendant shall abide by any child support payment schedule and any repayment of arrearage ordered by the State of Connecticut or any other court with jurisdiction over child support payments. No federal interest on restitution. Fine waived. 5) Defendant shall authorize release to USPO any and all financial information/records including state and federal income tax returns, by execution of a release for financial information. Defendant shall timely file all state and federal income tax returns and provide copies to USPO.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

<u>Charge No. 1 - Special Condition:</u> "The defendant shall be placed on home confinement with alcohol monitoring for a period of 6 months. The defendant shall be subject to random and scheduled breathalyzer tests, or other monitoring system utilizing an alcohol detection device, as approved by the U.S. Probation Officer. The defendant shall make all provisions for the appropriate installation of the alcohol monitoring equipment. The daily home confinement curfew shall be determined as necessary to ensure defendant's compliance with the alcohol abstinence requirement. No later than 3 months from the commencement of home confinement, an assessment of the defendant's progress will be submitted by the USPO with any recommendation. The costs of home confinement with monitoring will be borne by USPO." On July 17, 2006, our office was notified that Mr. Rector's breathalyzer unit was disconnected and not responding. Later that day, Mr. Rector confirmed that the unit was in fact no longer active and further stated that he was no longer willing to participate in the program.

**PRAYING THAT THE COURT WILL ORDER** that this petition will serve as a summons directing Ronnie Rector to appear before this court at New Haven, Connecticut on _25 July 2006_ at _2 pm_ to show cause why supervision should not be revoked.

**ORDER OF COURT**

Considered and ordered this _24_ day of July 2006 and ordered filed and made a part of the records in the above case.

The Honorable Janet Bond Arterton
United States District Judge

Sworn to By,

_Michael P. Rafferty_
Michael P. Rafferty
United States Probation Officer

Place _New Haven, Connecticut_

Date _7/24/06_

Before me, the Honorable Janet Bond Arterton, United States District Judge, on this _24_ day of July 2006, at New Haven, Connecticut, U.S. Probation Officer Michael P. Rafferty appeared and under oath stated that the facts set forth in this petition are true to the best of his knowledge and belief.

The Honorable Janet Bond Arterton
United States District Judge